# 07 CV 3319

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



|  |  |
|---|---|
| Good Charma Inc. and Pam Fink, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| Wal-Mart Stores, Inc. and Fantasia World, | ) |
| Inc. a/k/a Costume Jewelry World Inc., | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S RULE 7.1 STATEMENT

Plaintiff Good Charma Inc., as and for its Statement pursuant to Rule 7.1 of the Federal

Rules of Civil Procedure, states that there are no corporate parents, affiliates and/or subsidiaries

of said party, which are publicly held.

Dated: New York, New York
April 24, 2007

PRYOR CASHMAN LLP

By: _____
Andrew S. Langsam (AL 7396)
Colleen E. Parker (CP 6845)
Attorneys for Plaintiff
410 Park Avenue
New York, New York 10022
(212) 421-4100