Andrew S. Langsam (AL 7396)
Colleen E. Parker (CP 6845)
Attorneys for Plaintiffs Good Charma Inc. and Pam Fink
PRYOR CASHMAN LLP
410 Park Avenue
New York, New York 10022
(212) 421-4100

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Good Charma Inc. and Pam Fink, | |
| Plaintiffs, | 07 CV 3319 |
| | ECF Case |
| v. | |
| | **NOTICE OF DISMISSAL** |
| Wal-Mart Stores, Inc. and Fantasia World, Inc. a/k/a Costume Jewelry World Inc., | |
| Defendants. | |

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the above-captioned action be, and the same hereby is, voluntarily dismissed by Plaintiffs with each party to bear its own costs. Please take further notice that this Voluntary Notice of Dismissal has been filed by Plaintiff prior to the service of an answer or motion for summary judgment by the Defendants named herein.

Dated: New York, New York
       June 13, 2007

By: _____
Andrew S. Langsam (7396)
Colleen E. Parker (6845)
Pryor Cashman LLP
410 Park Avenue
New York, NY 10022

*Attorneys for Plaintiffs*
*Good Charma Inc. and Pam Fink*